IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01782-LTB-GPG

EMILY COHEN,

    Plaintiff,

v.

STATE OF COLORADO,
COLORADO SUPREME COURT OFFICE A.R.C.,
20TH JUDICIAL DISTRICT (BOULDER) COURT,
20TH JUDICIAL DISTRICT ATTORNEY'S OFFICE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 7, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7 day of December, 2021.

                           FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/E. Van Alphen
                            Deputy Clerk